**Frederick L. PITCHFORD, Appellant,**

v.

**Daniel Madden TURBITT, United States Merit Systems Protection Board Administrative Judge, Appellee.**

No. 06–4140.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2007.

Filed: Jan. 14, 2008.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Frederick Pitchford appeals the district court's[1] dismissal of his lawsuit against United States Merit Systems Protection Board administrative judge Daniel Turbitt. Upon careful review of the record, *see Casazza v. Kiser,* 313 F.3d 414, 418 (8th Cir.2002) (de novo standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, *see* 8th Cir. R. 47B.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.